UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

| | |
|---|---|
| *Anita Best v. Bayer Pharma AG, et al.* | No. 12-cv-10775-DRH |
| *Robyn Garrett, et al. v. Bayer Pharma AG, et al.* | No. 10-cv-12601-DRH |
| *Kimberly Hill, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-10421-DRH |
| *Laura Holtman v. Bayer Pharma AG, et al.* | No. 12-cv-10735-DRH |
| *Wendy Jenkins, et al. v. Bayer Pharma AG, et al.* | No. 11-cv-13513-DRH |
| *Malinda Johnson v. Bayer Pharma AG, et al.* | No. 11-cv-12683-DRH |
| *Julie Laughlin, et al. v. Bayer Pharma AG, et al.* | No. 11-cv-13045-DRH |
| *Nichole A. Roth v. Bayer Pharma AG, et al.* | No. 12-cv-10917-DRH |
| *Sarah Schaeppi v. Bayer Pharma AG, et al.* | No. 10-cv-11512-DRH |
| *Rachelle Schwab, et al. v. Bayer Pharma AG, et al.* | No. 11-cv-11194-DRH |
| *Lynn Shaw, et al. v. Bayer Pharma AG, et al.* | No. 11-cv-13512-DRH |
| *Michelle Speck, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11202-DRH |
| *Alicia Stevison, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-10019-DRH |
| *Beverly Sutherland, et al. v. Bayer Pharma AG, et al.* | No. 10-cv-12568-DRH |
| *Tanya Teubert v. Bayer Pharma AG, et al.* | No. 11-cv-12273-DRH |

*Penny Throckmorton v. Bayer Pharma AG, et al.*       No. 11-cv-13435-DRH

*Nancy Vaughan, et al. v. Bayer Pharma AG, et al.*    No. 11-cv-13511-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 29, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

        **NANCY J. ROSENSTENGEL,**
        **CLERK OF COURT**

        **BY:   /s/*Sara Jennings***
                **Deputy Clerk**

Dated:  January 29, 2014

Digitally signed by David R. Herndon
Date: 2014.01.29 16:07:18 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT